UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

Tara Stripp

    v.                                                     Case No. 20-cv-1058-LM

Huggins Hospital, et al

## ORDER

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated November 9, 2020, and dismiss this case for lack of subject matter jurisdiction. The clerk of court shall enter judgment and close the case.

_____
Landya B. McCafferty
Chief Judge

Date: November 23, 2020

cc: Tara Stripp, pro se